**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 42833**

| | |
|---|---|
| STATE OF IDAHO, | ) 2015 Unpublished Opinion No. 640 |
| | ) |
| Plaintiff-Respondent, | ) Filed: September 23, 2015 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| GERARDO CONTRERAS, aka | ) THIS IS AN UNPUBLISHED |
| GERARDO PEDRAZA CONTRERAS, | ) OPINION AND SHALL NOT |
| | ) BE CITED AS AUTHORITY |
| Defendant-Appellant. | ) |
| | ) |

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County. Hon. Thomas J. Ryan, District Judge.

Judgment of conviction and unified sentence of thirty-five years, with ten years determinate, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Elizabeth A. Allred, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

————————————————————

Before MELANSON, Chief Judge; GRATTON, Judge;
and HUSKEY, Judge

————————————————————

PER CURIAM

Gerardo Contreras was found guilty of lewd conduct with a minor under sixteen, Idaho Code § 18-1508. The district court imposed a unified sentence of thirty-five years, with ten years determinate. Contreras appeals, contending that his sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing

1

the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Contreras' judgment of conviction and sentence are affirmed.